1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney

2

3   HALLIE HOFFMAN (CABN 210020)
    Chief, Criminal Division

4   KAREN KREUZKAMP (CABN 246151)
    CLAUDIA A. QUIROZ (CABN 254419)

5   Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        Email: Karen.Kreuzkamp@usdoj.gov
8       Email: Claudia.Quiroz@usdoj.gov

9   Attorneys for United States of America

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,            )   NO. CR 18-0558 VC
14                                       )
            Plaintiff,                   )   NOTICE OF DISMISSAL
15                                       )
        v.                               )
16                                       )
    GALE JOSEPH YOUNG a/k/a "Redbone,"   )
17  and NABIL NIJEM,                     )
                                         )
18          Defendants.                  )
19

20          With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21  States Attorney for the Northern District of California dismisses the above indictment against Gale

22  Joseph Young and Nabil Nijem without prejudice.

23

24  DATED:                                    Respectfully submitted,

25                                            DAVID L. ANDERSON
                                              United States Attorney
26

27

28                                            HALLIE HOFFMAN
                                              Chief, Criminal Division

    NOTICE OF DISMISSAL
    NO. CR 18-0558 VC

1    Leave is granted to the government to dismiss the indictment against Gale Joseph Young and

2    Nabil Nijem.

3

4

5    Date: _____

                                                   _____

6                                                      HON. VINCE CHHABRIA
                                                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
NO. CR 18-0558 VC